James Storm Shirley
_____
Full Name
1215 N. 25th Avenue
_____
Apartment 103
_____
Bozeman, MT 59718
_____
Complete Mailing Address
503-351-2580
_____
Daytime Telephone Number

U.S. COURTS
JUN 02 2014
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

James Storm Shirley,
(full name)
                    Plaintiff,

v.

The University of Idaho, The State Board,
of Education, aka. The Board of Regents,
of the State of Idaho, & The University of
Idaho College of Law,
                    Defendant(s).

Case No. 3:14-CV-215-REB
(to be assigned by the Court)

**IN FORMA PAUPERIS APPLICATION**
(nonprisoner)

   ***NOTICE:*** *By completing this Motion and Affidavit, I understand that I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted, my fee will not be waived, but that I will be ordered to pay the full filing fee in increments until the filing fee is paid in full, even if my case is later dismissed.*

   ***INSTRUCTIONS:*** *Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, the caption of your case, and the question number.*

IN FORMA PAUPERIS APPLICATION - 1                                        (Rev. 7-15-11)

## MOTION

I request that the Court allow me to proceed in forma pauperis in this action because I am unable to pay the filing fee at the time of filing as a result of my poverty. I swear or affirm, under penalty of perjury, that the following information is true and correct to the best of my knowledge.

## AFFIDAVIT

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 9,100 | $ N/A | $ 12,000 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 200 | $ N/A | $ 350 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 1,000 | $ N/A |
| Public-assistance (such as welfare) | $ 3,000 | $ N/A | $ 380 | $ N/A |
| Other (specify): _____ | $ _____ | $ _____ | $ _____ | $ _____ |
| | $ 12,300 | $ N/A | $ 13,730 | $ N/A |

IN FORMA PAUPERIS APPLICATION - 1                                        (Rev. 7-15-11)

**Total monthly income:**

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Express Emp. Pros. | 624 Bryden Ave, Lewiston, ID | Oct. 2013-present | 1,000-1,500 |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ __100__
Below, state any money you or your spouse have in bank accounts or other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| USAA | Checking | $ 175 | $ N/A |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Address and Value) | Other real estate (Address and Value) | Motor vehicle #1 (Value) |
|---|---|---|
| I rent an apartment for $700/mo | N/A | Make: Volvo ($1,500)<br>Year: 1988<br>Model: 240DL |

| Motor vehicle #2 (Value) | Other assets (item and value) | Other assets (item and value) |
|---|---|---|
| Make: Toyota ($1,000)<br>Year: 1994<br>Model: Pickup | | |

6. Does anyone owe you or your spouse money? State the person's name and the amount owed.
   No.

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Zachariah Rain Shirley | Son | 7 |
| | | |
| | | |

8. On the chart below, estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | | You | Your Spouse |
|---|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | Rent | $ 705 | $ |
| Are real-estate taxes included? Yes  No | | | |
| Is property insurance included? Yes  No | | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | | $ 250 | $ |
| Home maintenance (repairs and upkeep) | | $ | $ |
| Food | | $ 200 | $ |
| Clothing | | $ | $ |
| Laundry and dry-cleaning | | $ 75 | $ |
| Medical and dental expenses | | $ 100 | $ |
| Transportation (not including motor vehicle payments) | | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | | $ | $ |
|     Homeowner's or renter's | | $ 25 | $ |
|     Life | | $ 100 | $ |
|     Health | | $ | $ |
|     Motor Vehicle | | $ 85 | $ |
|     Other: | | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify):_____ | | $ | $ |
| Car payment (creditor)_____ | | $ | $ |
| Credit card (name): Capital One | | $ 100 | $ |
| Credit card (name):_____ | | $ | $ |
| Department store (name):_____ | | $ | $ |
| Other:_____ | | $ | $ |
| Alimony, maintenance, and support paid to others | | $ 261 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | | $ | $ |
| Other (specify):_____ | | $ | $ |
| | Total monthly expenses: | $ 2,001 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?   Yes    No    *(circle one)*

    If yes, describe:_____
_____

10. Have you paid, or will you be paying, an attorney, paralegal, document preparation service, or anyone else any money for services in connection with this case, including the completion of this form? Yes  No    *(circle one)*    If yes, how much? $_____

If yes, state the attorney's or person's name, address, and telephone number:

_____
_____
_____

11. Provide any other information that will help explain why you cannot pay the filing fee.
    As a result of the University of Idaho blocking the completion of my two degrees, I'm stuck doing menial manual labor with no ability to EVER pay off my loans or debts. This lawsuit is my only possible course of action to prevent me from being destitute in the future.

12. Age: _50_     Years of schooling: ___20___

    I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee in my case. I believe I am entitled to redress for the reasons set forth in my complaint. I swear or affirm under penalty of perjury under the laws of the United States of America that my answers on this form are true and correct. (*See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.)

Executed this 29th day of May, 2014

_____
Plaintiff