**U.S. COURTS**

JUL 18 2017

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

James Storm Shirley
1271 Manzanita Drive #108
Bozeman, MT 59715

June 12th, 2017

US District Court for the District of Idaho
RE: Case No. 14-cv215LAB

To whom it may concern:

I've not heard from the visiting Judge, Judge Larry Burns since December of 2015 concerning my case. I have recently moved and need to formally update my address accordingly. All such correspondence and contact needs to be directed to the above address moving forward. The old address on at 1215 N. 25th Avenue #103 is NO LONGER VALID.

Please update this address in ALL your databases and let me know if there is any movement from Judge Burns.

Sincerely,

James Storm Shirley
503-351-2580